| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

William Brown, § 
§
    Plaintiff, §
§
versus §    Civil Action H-09-1941
§
Pentagroup Financial, LLC, §
§
    Defendant. §

## Final Dismissal

On the motion of William Brown, this case is dismissed with prejudice. (7)

Signed on February 12, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge